No. 98–7667. IN RE WILLIAMS;

No. 93–7689.   In re Evans;
No. 93–7731.   In re Ainsworth; and
No. 98–8076.   In re Smith-Stewart.   Petitions for writs of mandamus denied.